1 | LARRY ROTHMAN & ASSOCIATES
2 | LARRY ROTHMAN – State Bar No. 72451
  | City Plaza
3 | 1 City Boulevard West, Suite 850
4 | Orange, California 92868
  | (714)  363 0220  Telephone
5 | (714)  363 0229   Facsimile
6 | tocollect@aol.com   E-Mail

JS-6

Attorneys for the Plaintiff:
ORANGE BLOSSOM TRUST #56 PACIFIC SPECTRUM LLC AS TRUSTEE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| ORANGE BLOSSOM TRUST #56 PACIFIC SPECTRUM LLC AS TRUSTEE | CASE NO:  SA CV 12-44-JVS(Rnbx) |
|---|---|
| Plaintiff, | **ORDER REMANDING CASE BACK TO STATE COURT** |
| vs. | |
| JACQUELINE PYLE, | |
| Defendant. | |

1

1 GOOD CAUSE SHOWN,

2 This Court finds that the Ex-Parte to Remand this case back to State Court

3 is well taken in that the Complaint and file do not indicate that this Court has

4 jurisdiction for this case.   As such, this action is remanded back to the Orange

5 County State Court - Harbor Court Justice Center - Laguna Hills Division.

Dated:    January 24, 2012

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

2

# PROOF OF SERVICE

State of California, County of Orange:

I am employed in the county and state aforesaid. I am over the age of 18 and not a party to the within action; my business address is: City Plaza, 1 City Boulevard West, Suite 850, Orange, California 92868

On January 24, 2012, served the foregoing document described as:

**ORDER REMANDING CASE BACK TO STATE COURT (PROPOSED)**

on the parties listed below in this action by placing a true copy thereof or the originals in a sealed envelope sent first class mail and addressed as follows:

**Jennifer Sanders**
**56 Orange Blossom Circle**
**Ladera Ranch, California 92694**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 24, 2012, at Orange, California.

S/LARRY ROTHMAN

_____
LARRY ROTHMAN